UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL RICHARDS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, etc., et al.,<br><br>Defendants. | CASE NO. CV12-4786 DSF (RZx)<br><br>JUDGMENT |

By order dated August 31, 2012, the Court ordered that all plaintiffs other than plaintiff Rigoberto Bautista be dismissed for misjoinder.

IT IS ORDERED AND ADJUDGED that Plaintiffs Carol Richards, Jesus Velazquez, Rosa Velazquez, Donna Beccia, Yvette Valencia, Antonio Mendez, Craig Botkin, Ginger Botkin, Richard Fitzgerald, and Janice Bell take nothing, that the action as to them be dismissed without prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

1
2   IT IS SO ORDERED.
3
4
5   DATED:    9/4/12
6                                              _____
                                                        Dale S. Fischer
7                                              United States District Judge